IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GERHARD KUHLIN                                                                                      PLAINTIFF

vs.                                            Civil No. 6:13-cv-06042

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 20th day of May, 2014, comes for consideration the Report and Recommendation dated May 1, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 10.  Fourteen (14) days have passed without objections being filed by the Parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Social Security Administration, and dismisses Plaintiff's Complaint with prejudice.

IT IS SO ORDERED.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge